UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GLENN R. DEAN                                              MOVANT

v.                                              CRIMINAL ACTION NO. 3:08-CR-19-CRS
                                                CIVIL ACTION NO. 3:16-CV-00403-CRS

UNITED STATES OF AMERICA                           RESPONDENT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Court **SUSTAINS IN PART** and **OVERRULES IN PART** the objections of Glenn R. Dean to the magistrate judge's report and recommendation (DN 76). The Court **ACCEPTS** and **ADOPTS** the findings of fact, conclusions of law, and recommendations of the magistrate judge with the exception of the following: the Court **VACATES** the finding that Glenn R. Dean did not file a petition for writ of certiorari.

Additionally, **IT IS HEREBY ORDERED AND ADJUDGED** that the petition of the movant, Glenn R. Dean, to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DN 66) is **DENIED**.

Finally, **IT IS HEREBY ORDERED AND ADJUDGED** that the request for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

April 24, 2017

Charles R. Simpson III, Senior Judge
United States District Court

1